JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMINA BETANCOURT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL-MOGUL MOTORPARTS LLC, a limited liability company; CURTIS ROWE, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 5:21-CV-01064-AB (SHKx) <br><br> **ORDER DISMISSING CIVIL ACTION AND VACATING DATES** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **sixty (60) days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All upcoming pretrial and trial dates and deadlines are **VACATED**.

Dated:  April 7, 2022

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.